date of the United States District Court for the Eastern District of North Carolina pending appeal, addressed to JUSTICE POWELL and referred to the Court, denied.

No. A–668 (83–1386). LEGGETT, COLLECTOR OF REVENUE OF THE CITY OF ST. LOUIS, ET AL. v. LIDDELL ET AL. C. A. 8th Cir. Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–370. IN RE DISBARMENT OF GOLDFARB. Disbarment entered. [For earlier order herein, see 464 U. S. 911.]

No. D–377. IN RE DISBARMENT OF MANDEL. Disbarment entered. [For earlier order herein, see 464 U. S. 926.]

No. D–383. IN RE DISBARMENT OF LOWENTHAL. Disbarment entered. [For earlier order herein, see 464 U. S. 988.]

No. D–384. IN RE DISBARMENT OF BIZAR. Disbarment entered. [For earlier order herein, see 464 U. S. 958.]

No. D–389. IN RE DISBARMENT OF COHEN. Disbarment entered. [For earlier order herein, see 464 U. S. 1014.]

No. D–408. IN RE DISBARMENT OF LEVENSTEIN. It is ordered that Leonard L. Levenstein, of Coral Gables, Fla., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 82–315. OREGON v. ROBERTI. Sup. Ct. Ore. Motion of petitioner to expedite consideration of the petition for writ of certiorari denied.

No. 83–305. CALIFORNIA v. TROMBETTA ET AL. Ct. App. Cal., 1st App. Dist. [Certiorari granted, 464 U. S. 1037.] Motions of National District Attorneys Association, Inc., et al. and Appellate Committee of the California District Attorneys Association for leave to file briefs as *amici curiae* granted.

No. 83–490. DAVIS ET AL. v. SCHERER. C. A. 11th Cir. [Probable jurisdiction noted, 464 U. S. 1017.] Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 83–498. BROWN, DIRECTOR, DEPARTMENT OF LAW AND PUBLIC SAFETY, DIVISION OF GAMING ENFORCEMENT, STATE OF